Entered on Docket
March 25, 2010

*Bruce A. Markell*

Hon. Bruce A. Markell
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.
10-70581

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 09-33949-bam |
|---|---|
| Rene Martinez | Date:  3/16/10<br>Time: 1:30pm |
| | Chapter 7 |
| Debtor. | |

## ORDER VACATING AUTOMATIC STAY

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

2    above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

3    Secured Creditor BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., its

4    assignees and/or successors in interest, of the subject property, generally described as 4929 Cascade

5    Pools Avenue, Las Vegas, NV 89131-3627, and legally described as follows:

6

7        Lot Three (3) in Block Eleven (11) of Mountainside Unit NO. 2, as shown by map thereof on
         File in Book 40 of Plats, Page 42, in the Office of the County Recorder of Clark County,
8        Nevada, and Amended by Certificate of Amendment Recorded September 15, 1988 in Book
         880915 of Official Records as Document No. 01072.
9

10   Submitted by:

11   **WILDE & ASSOCIATES**

12   By: Will Wild # 10099
13   **Gregory L. Wilde, Esq.**
     Attorney for Secured Creditor

14   **APPROVED / DISAPPROVED**
15

16   By:_____
     pro se
17   Attorney for Debtor(s)

18   **APPROVED / DISAPPROVED**

19   By:_____
     James F. Lisowski, Sr.
20   Chapter 7 Trustee

21

22

23

24

25

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____    The court waived the requirements of LR 9021.

_____    No parties appeared or filed written objections, and there is no trustee appointed in the case.

_____    No parties appeared or filed written objections, and the trustee is the movant.

__x__    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

_____    approved the form of this order          _____    disapproved the form of this order

_____    waived the right to review the order and/or   __x__   failed to respond to the document

_____    appeared at the hearing, waived the right to review the order

_____    matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____    approved the form of this order          _____    disapproved the form of this order

_____    waived the right to review the order and/or   __x___  failed to respond to the document

_____    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____    approved the form of this order          _____    disapproved the form of this order

_____    waived the right to review the order and/or   _____    failed to respond to the document

_____    appeared at the hearing, waived the right to review the order

_____    matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____    approved the form of this order          _____    disapproved the form of this order

_____    waived the right to review the order and/or   _____    failed to respond to the document

_____    I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor